**2010–1382. State v. Rose.**
Hamilton App. No. C–090609. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and CUPP, JJ., dissent.

**2010–1383. State v. Key.**
Cuyahoga App. No. 92846, 2010-Ohio-775. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER, J., dissent.

**2010–1384. State v. Hawk.**
Knox App. No. 2009 CA 000028, 2009-Ohio-6965. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

**2010–1387. State v. Scandrick.**
Montgomery App. No. 23406, 2010-Ohio-2270. On motion for leave to file delayed appeal. Motion granted.
LUNDBERG STRATTON, O'CONNOR, and LANZINGER, JJ., dissent.

**2010–1397. State v. Rice.**
Ashtabula App. No. 2009–A–0034, 2010-Ohio-1638. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER, J., dissent.
LANZINGER, J., not participating.

**2010–1398. State v. Sanders.**
Portage App. No. 2009–P–0053, 2010-Ohio-2525. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2010–1403. State v. Evankovich.**
Mahoning App. No. 09 MA 168, 2010-Ohio-3157. On motion for stay of court of appeals' decision. Motion granted.
PFEIFER, J., dissents.

**2010–1407. State v. Strunk.**
Warren App. No. CA2009–07–103. On motion for leave to file delayed appeal. Motion denied.
BROWN, C.J., and PFEIFER, J., dissent.

**2010–1434. State v. Griffin.**
Coshocton App. No. 09CA21, 2010-Ohio-3517. On motion for stay of court of appeals' decision. Motion granted.
PFEIFER and O'DONNELL, JJ., dissent.

**2010–1443. State v. Williams.**
Hamilton App. No. C–090676. On motion for leave to file delayed appeal. Motion granted.
LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., dissent.

**2010–1448. State v. Barker.**
Lucas App. No. L–09–1139, 2010-Ohio-3067. On motion for immediate stay of court of appeals' judgment. Motion granted.
PFEIFER and O'DONNELL, JJ., dissent.

**2010–1456. State v. Williams.**
Cuyahoga App. No. 89566, 2008-Ohio-1095. On motion for leave to file delayed appeal. Motion denied.

**2010–1475. Middleton v. Meijer, Inc.**
Montgomery App. No. 23789, 2010-Ohio-3244. On motion for stay of court of appeals' decision. Motion denied.
BROWN, C.J., dissents.